UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00294-D-1

UNITED STATES OF AMERICA

v.

DANIEL WAYNE LOCKLEAR

ORDER TO SEAL

On motion of the Defendant, Daniel Wayne Locklear, and for good cause shown, it is hereby ORDERED that [DE 40] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 13 day of August, 2025.

JAMES C. DEVER III
United States District Judge